JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY M. FOX, doing business as HARRY MICHAEL FOX ARCHITECT, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN MYEFSKI, an Individual; MYEFSKI COOK ARCHITECTS, INC., an Illinois corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV10- 08946 JAK (SHx) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41** |

Quintana Law Group, APC

1   WHEREAS, the parties have entered into a confidential agreement settling
2   the above-entitled action;
3   IT IS HEREBY ORDERED that:
4   1.   the above-entitled action, and each and every claim asserted
5        herein, is hereby dismissed with prejudice pursuant to Rule 41 of
6        the Federal Rules of Civil Procedure; and
7   2.   the parties shall bear their own attorneys' fees and costs.

Dated:  September 29, 2011         HON. JOHN A. KRONSTADT
                                   UNITED STATES DISTRICT JUDGE

Quintana Law Group, APC

-2-